NO. 23-5890

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

LAURIE DEVORE, *Appellant*

v.

UNIVERSITY OF KENTUCKY BOARD OF TRUSTEES, *Appellee.*
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
Civil Action No. 5:22-CV-00186-GFVT
Hon. Gregory F. Van Tatenhove, United States District Judge
_____

**MOTION FOR CONTINUANCE OF ORAL ARGUMENT**
_____

Undersigned counsel for the Appellee moves this Court for a continuance of oral argument. As earlier alerted to the office of the Clerk of the Court and opposing counsel, counsel's father-in-law passed away on Monday evening, April 29, 2024. Counsel requests a continuance of oral argument currently scheduled for tomorrow, May 1, 2024.

                                              Respectfully submitted,

                                              */s/ Bryan H. Beauman*
                                              Bryan H. Beauman

Savannah G. Baker
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY  40507
Telephone No.: (859) 255-8581
Facsimile No.: (859) 231-0851
bbeauman@sturgillturner.com
sbaker@sturgillturner.com

&

William E. Thro
General Counsel
Mary Ann Miranda
Associate General Counsel
University of Kentucky
301 Main Building
Lexington, Kentucky 40506
William.Thro@uky.edu
Maryannmiranda@uky.edu
Telephone: (859) 257-2936
COUNSEL FOR APPELLEE

## CERTIFICATE OF SERVICE

I certify that a true and complete copy of the foregoing was served via the Court's CM/ECF system to all counsel of record on April 30, 2024.

*/s/ Bryan H. Beauman*
COUNSEL FOR APPELLEE